Jenny L. Doling, Esq. (#207033)
**J. DOLING LAW, PC**
36-915 Cook Street, Suite 101
Palm Desert, CA 92211
(760)341-8837 – Phone
(760)341-3022 – Fax
jd@JDL.law
*Attorney for Appellants,*
*Douglas Nolan Fain, and*
*Beverly Sue Fain*

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DOUGLAS NOLAN FAIN and<br>BEVERLY SUE FAIN<br><br>Debtors.<br><br>DOUGLAS NOLAN FAIN and<br>BEVERLY SUE FAIN<br><br>Appellants,<br>v.<br><br>CHAPTER 13 TRUSTEE<br><br>Appellee. | District Court Case Number:<br><br>5:19-cv-01327-WDK<br><br>Bankruptcy Court Case Number:<br><br>6:19-bk-13759-WJ<br><br>Chapter: 13<br>ORDER ON<br>**STIPULATION BETWEEN APPELLANTS AND APPELLEE TO VOLUNTARILY DISMISS APPEAL** |

Appellants, Douglas Nolan Fain and Beverly Sue Fain ("Appellants" or "Debtors") and Appellee Rod Danielson, Chapter 13 Trustee ("Appellee" or "Trustee") (collectively the "Parties") hereby file this Stipulation to Voluntarily Dismiss Appeal.

IT IS SO ORDERED

Dated October 31, 2019

*[signature]*

United States District Judge

cc: Bankruptcy Court

Respectfully submitted,

**CHAPTER 13 TRUSTEE**

Date: October 30, 2019        By: _____
                                  Rod Danielson
                                  Chapter 13 Trustee

**J. DOLING LAW, PC**

/s/ Jenny L. Doling

Date: October 24, 2019        By: _____
                                  Jenny L. Doling
                                  Attorney for Appellants

STIPULATION BETWEEN APPELLANTS AND APPELLEE TO VOLUNTARILY DISMISSAL APPEAL
-2-

J. DOLING LAW
4847-5511-0570, v. 1